**GE HARRIS RAILWAY ELECTRON-
ICS, LLC, and Ge Harris Railway
Electronics Services, LLC, Plaintiffs–
Appellees,**

v.

**WESTINGHOUSE AIR BRAKE
COMPANY, Defendant–
Appellant.**

No. 2006–1390.

United States Court of Appeals,
Federal Circuit.

May 22, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).